IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv33

| | |
|---|---|
| DONALD JENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WESTERN CAROLINA UNIVERSITY, | ) |
| UNIVERSITY OF NORTH CAROLINA, | ) |
| ROBERT McMAHAN, in his individual and | ) |
| official capacities, MARY ANN LOCHNER, | ) |
| in her individual and official capacities, | ) |
| JAMES ZHANG, in his individual and | ) |
| official capacities, and | ) |
| EARNEST HUDSON, JR., in his individual | ) |
| and official capacities, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendants Western Carolina University, University of North Carolina, Robert McMahan, in his individual and official capacity, Mary Ann Lochner, in her individual and official capacity

James Zhang, in his individual and official capacity, and Earnest Hudson, Jr., in his individual and official capacity and against the Plaintiff Donald Jensen as to every claim asserted in this cause of action;

However, as to the state law Whistelblower claims asserted against the Defendants Western Carolina University and University of North Carolina and against Defendants McMahan, Lochner, Zhang and Hudson in their official capacities and the claim for defamation asserted against Defendants McMahan, Zhang, and Hudson, Jr., such claims are dismissed without prejudice. As to all other claims this dismissal is with prejudice. The Plaintiff shall have and recover nothing of the Defendants, or any of them, by reason of this action.

Signed: December 28, 2012

Martin Reidinger
United States District Judge